ROSENBERG LAW GROUP
1700 7th Ave
21st Floor
Seattle, WA 98101
(206) 407-3300 (t)
(206) 407-3097 (f)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: Christopher Grosvenor | 14-16111 |
| | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

YOU ARE HEREBY NOTIFIED that Rachel Edmiston, of The Rosenberg Law Group, hereby withdraws as attorney for the debtors and Seth Rosenberg, of The Rosenberg Law Group, substitutes therefore. You are hereby directed to serve all further papers and pleadings upon Seth Rosenberg at the address below.

DATED this 20th day of September, 2014

/s/Rachel Edmiston
*Withdrawing attorney for debtors*
Rachel Edmiston
The Rosenberg Law Group
WSBA # 43684

/s/Seth Rosenberg
*New attorney for debtors*
Seth Rosenberg WSBA #41660
The Rosenberg Law Group
1700 7th Ave.
21st Floor
Seattle, WA 98101

Notice of Withdrawal and
Substitution of Counsel

THE ROSENBERG LAW GROUP
1700 7TH AVE W
SEATTLE, WA 98101
TELEPHONE (206) 407-3300 ◆ FACSIMILE (206) 407-3097

CAPI